DAVIS WRIGHT TREMAINE LLP
DAN LAIDMAN (State Bar No. 274482)
  danlaidman@dwt.com
SAMUEL A. TURNER (State Bar No. 338089)
  samturner@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California  90071
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
SAGE PUBLICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., an individual<br><br>Plaintiff,<br><br>vs.<br><br>SAGE PUBLICATIONS, INC.<br><br>Defendant. | Case No. 2:25-cv-11489-SB-BFM<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING FOR DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>[[Proposed] Order Lodged Concurrently] |

This Stipulation is entered into by and between Plaintiff Dr. Mahendra Amin, M.D., and Defendant Sage Publications, Inc., by their respective undersigned counsel, with reference to the following facts:

1.    Plaintiff commenced this action on December 2, 2025.  Dkt. 1.

2.    On December 12, 2025, Defendant waived service, making February 9, 2026, the initial deadline for Defendant to respond to the Complaint per Federal Rules of Civil Procedure 6(a)(1) and 12(a)(1)(A)(ii).  Dkt. 13.

3.    The parties have concurrently filed a Stipulation under Local Rule 8-3 extending Defendant's deadline by 30 days, making March 11, 2026, the new deadline for Defendant to answer or otherwise respond to the Complaint.

4. The parties further agree that if Defendant files a motion in response to the Complaint, Defendant shall notice the hearing for a date on or after May 8, 2026, to allow Plaintiff at least 30 days to file an opposition to the motion.  Plaintiff shall file the opposition to the motion no later than 28 days before the noticed hearing date, to allow Defendant at least 14 days to file its reply to the opposition

5. Other than the above-referenced Stipulation under Local Rule 8-3, no prior stipulations or requests regarding Defendant's deadline to respond to the Complaint or the parties' briefing schedule for any such response have been made.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that, subject to the Court's approval, the schedule shall be as follows:

1. If Defendant responds to the Complaint by filing a motion, Plaintiff's opposition shall be filed by April 10, 2026, Defendant's reply shall be filed by April 24, 2026, and the motion shall be heard on May 8, 2026, or the next available date on the Court's calendar.


DATED: February 2, 2026            DAVIS WRIGHT TREMAINE LLP

DAN LAIDMAN
SAMUEL A. TURNER

By:   /s/ Dan Laidman

Attorneys for Sage Publications, Inc.


DATED: February 2, 2026            EVANS BOWERS

STACEY G. EVANS
J. AMBLE JOHNSON
RYAN E. HARBIN

SPERTUS, JOSEPHS & MINNICK, LLP

SAMUEL A. JOSEPHS
PAYTON J. LYON

By:   /s/ Stacey G. Evans

Attorneys for Dr. Mahendra Amin, M.D.

1

2                              **Attestation Regarding Signatures**

3           The undersigned attests that all signatories listed, and on whose behalf the

4    filing is submitted, concur in this filing's content and have authorized its filing.

5    DATED: February 2, 2026                By:        /S/ Dan Laidman
                                                       Dan Laidman
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION RE BRIEFING AND HEARING SCHEDULE