EVANS BOWERS
Stacey G. Evans (*Pro hac vice*)
sevans@evansbowers.com
*Lead counsel*
Ryan E. Harbin (*Pro hac vice*)
rharbin@evansbowers.com
J. Amble Johnson (*Pro hac vice*)
ajohnson@evansbowers.com
729 Piedmont Ave NE
Atlanta, GA 30308
Tel.: (404) 850-6750

SPERTUS, JOSEPHS & MINNICK, LLP
Samuel A. Josephs (SBN 284035)
sjosephs@spertuslaw.com
Payton J. Lyon (SBN 305763)
plyon@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521

Attorneys for Plaintiff Dr. Mahendra Amin, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DR. MAHENDRA AMIN, M.D., | Case No. 2:25-CV-11489-MAR |
|---|---|
| Plaintiff, | NOTICE OF CHANGE OF LEAD COUNSEL |
| v. | |
| SAGE PUBLICATIONS, INC., | |
| Defendant. | |

1

*NOTICE OF CHANGE OF LEAD COUNSEL*

1  Pursuant to the Court's order to update the docket to comply with the Court's
2  requirement to designate only one attorney as lead counsel, Doc. 22, Plaintiff files
3  this notice of change of lead counsel. Plaintiff designates Stacey G. Evans, *pro hac*
4  *vice*, as lead counsel who will attend all proceedings set by this Court and be
5  prepared to address and resolve all matters within the scope of the proceeding.

Dated: February 3, 2026

SPERTUS, JOSEPHS & MINNICK, LLP
EVANS BOWERS

By: /s/ Stacey G. Evans
    Samuel A. Josephs
    Payton J. Lyon

    Stacey G. Evans
    *Pro hac vice*
    Ryan E. Harbin
    *Pro hac vice*
    J. Amble Johnson
    *Pro hac vice*

    Attorneys for Plaintiff
    Dr. Mahendra Amin, M.D.,

*NOTICE OF CHANGE OF LEAD COUNSEL*