EVANS BOWERS
Stacey G. Evans (*Pro hac vice*)
sevans@evansbowers.com
*Lead counsel*
Ryan E. Harbin (*Pro hac vice*)
rharbin@evansbowers.com
J. Amble Johnson (*Pro hac vice*)
ajohnson@evansbowers.com
729 Piedmont Ave NE
Atlanta, GA 30308
Tel.: (404) 850-6750

SPERTUS, JOSEPHS & MINNICK, LLP
Samuel A. Josephs (SBN 284035)
sjosephs@spertuslaw.com
Payton J. Lyon (SBN 305763)
plyon@spertuslaw.com
617 West 7th Street, Suite 200
Los Angeles, California 90017
Telephone:  (213) 205-6520
Facsimile:  (213) 205-6521

Attorneys for Plaintiff Dr. Mahendra Amin, M.D.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| DR. MAHENDRA AMIN, M.D., | Case No. 2:25-CV-11489-MAR |
|---|---|
| Plaintiff, | PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| SAGE PUBLICATIONS, INC., | |
| Defendant. | |

Pursuant to the Rule 41(a)(1)(A)(i), Plaintiff Dr. Mahendra Amin, M.D. hereby files this Voluntary Dismissal with Prejudice, dismissing **with prejudice** all claims filed in this lawsuit.

Dated: March 6, 2026

SPERTUS, JOSEPHS & MINNICK, LLP
EVANS BOWERS

By: Stacey G. Evans
Samuel A. Josephs
Payton J. Lyon

Stacey G. Evans
*Pro hac vice*
Ryan E. Harbin
*Pro hac vice*
J. Amble Johnson
*Pro hac vice*

Attorneys for Plaintiff
Dr. Mahendra Amin, M.D.,

2

*VOLUNTARY DISMISSAL WITH PREJUDICE*